# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1080

_____

| | | |
|---|---|---|
| Scott Andrew Witzke, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| J. Earl Cudd, United States Magistrate | * | of Minnesota. |
| Judge, in his individual capacity for | * | |
| money damages and in his official | * | [UNPUBLISHED] |
| capacity for declaratory relief, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: September 4, 2001

Filed: September 10, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Scott Andrew Witzke appeals the district court's dismissal of Witzke's complaint on the ground of absolute judicial immunity. Having carefully reviewed the record and the parties' briefs, we affirm for the reasons stated in the district court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.